# UNITED STATES DISTRICT COURT
## District of Minnesota

Julie Dalton

        Plaintiff,

v.

TJX Companies Inc., The

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-02735-DWF-LIB

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based upon the Settlement Agreement of the parties and their submitted Notice of Dismissal (Doc. No [9]), it is hereby ordered that all claims between the parties are **DISMISSED WITH PREJUDICE** and without costs or fees to any party.

Date: 11/8/2024

KATE M. FOGARTY, CLERK